IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RYCO CONSTRUCTION CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-151C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's August 11, 2003 order, the parties submit the following joint status report.

Since the granting of the parties' joint motion to stay proceedings on August 11, 2003, the parties have held settlement discussions and exchanged settlement proposals. Most recently, by letter dated October 3, 2003, and received by counsel for defendant on October 14, 2003, counsel for plaintiff submitted a counter proposal to counsel for defendant. Currently, defendant is in the process of considering plaintiff's counter proposal.

Assuming the parties can agree upon an amount that can be recommended to the appropriate settlement authority, additional time will be necessary to draft a memorandum requesting authority from the appropriate Department of Justice official to settle the case. If the offer is accepted by the appropriate Department of Justice official, additional time then would be necessary to prepare a settlement agreement or stipulation for entry of judgment for filing with the Court.

Pursuant to the Court's August 11, 2003 order, the parties will file a status report with the Court on or before November 12, 2003, discussing the parties' progress towards possible settlement of this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

Date: October 14, 2003

s/Paul M. Mahoney
PAUL M. MAHONEY
Jones, Mahoney, Brayton & Soll
150 West First Street, Suite 280
Claremont, California 91711
Tele: (909) 399-9977
Fax: (909) 399-5959

Date: October 9, 2003

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 14th day of OCTOBER 2003, I caused to be placed in United States mail (first-class mail, postage prepaid) copies of "JOINT STATUS REPORT" addressed as follows:

PAUL M. MAHONEY
Jones, Mahoney, Brayton & Soll
150 West First Street, Suite 280
Claremont, California 91711

s/David B. Stinson