IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RYCO CONSTRUCTION CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-151C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's August 11, 2003 order, the parties submit the following joint status report.[1]

Since the granting of the parties' joint motion to stay proceedings on August 11, 2003, the parties have held several settlement discussions and exchanged several settlement proposals. Most recently, on December 8, 2003, counsel for defendant submitted a counter proposal to counsel for plaintiff, and on December 10, 2003, counsel for plaintiff submitted a counter proposal to counsel for defendant. Currently, defendant is in the process of considering plaintiff's counter proposal.

Assuming the parties can agree upon an amount that can be recommended to the appropriate settlement authority, additional time will be necessary to draft a memorandum requesting authority from the appropriate Department of Justice official to settle the case. If the offer is accepted by the appropriate Department of

[1] The Court's order requires the filing of a joint status report every 30 days. Our previous status report was filed on November 13, 2003. This status report is due to be filed by December 15, 2003.

Justice official, additional time then would be necessary to prepare a settlement agreement or stipulation for entry of judgment for filing with the Court.

Pursuant to the Court's August 11, 2003 order, the parties will file a status report with the Court on or before January 12, 2004, discussing the parties' progress towards possible settlement of this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

Date: December 12, 2003

s/ Paul M. Mahoney

PAUL M. MAHONEY
Jones, Mahoney, Brayton & Soll
150 West First Street, Suite 280
Claremont, California 91711
Tele: (909) 399-9977
Fax: (909) 399-5959

Date: December 10, 2003

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 12th day of DECEMBER 2003, I caused to be placed in United States mail (first-class mail, postage prepaid) copies of "JOINT STATUS REPORT" addressed as follows:

PAUL M. MAHONEY
Jones, Mahoney, Brayton & Soll
150 West First Street, Suite 280
Claremont, California 91711

s/ David B. Stinson