IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RYCO CONSTRUCTION CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-151C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's August 11, 2003 order, the parties submit the following joint status report.[1]

Since the granting of the parties' joint motion to stay proceedings on August 11, 2003, the parties have held numerous settlement discussions and exchanged several settlement proposals. The parties now have agreed upon an amount that can be recommended to the appropriate Department of Justice settlement authority. Additional time is necessary to complete a draft of the memorandum requesting authority from the appropriate Department of Justice official to settle the case. If the offer is accepted by the appropriate Department of Justice official, additional time then will be necessary to prepare a stipulation for entry of judgment for filing with the Court.

Pursuant to the Court's August 11, 2003 order, the parties will file a status report with the Court on or before February

[1] The Court's order requires the filing of a joint status report every 30 days. Our previous status report was filed on December 12, 2003. This status report is due to be filed by January 12, 2004.

11, 2004, discussing the parties' progress towards possible settlement of this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

Date: January 9, 2004

s/ Paul M. Mahoney
PAUL M. MAHONEY
Jones, Mahoney, Brayton & Soll
150 West First Street, Suite 280
Claremont, California 91711
Tele: (909) 399-9977
Fax: (909) 399-5959

Date: January 6, 2004

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 9th day of JANUARY 2004, I caused to be placed in United States mail (first-class mail, postage prepaid) copies of "JOINT STATUS REPORT" addressed as follows:

PAUL M. MAHONEY
Jones, Mahoney, Brayton & Soll
150 West First Street, Suite 280
Claremont, California 91711

s/ David B. Stinson