# In the United States Court of Federal Claims

No. 01-151 C

(E-Filed: January 26, 2004)

RYCO CONSTRUCTION, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Stipulation for Entry of Judgment (joint stipulation or Joint Stip.) filed on January 22, 2004. Pursuant to the joint stipulation, the parties have settled plaintiff's claims and the court approves the resolution of this case. Judgment is awarded to plaintiff in the amount of $110,000, with interest to be paid commencing on November 19, 1999 according to rates provided by the Contract Disputes Act, 41 U.S.C. § 611 (2000), with each party to bear its own costs, expenses and attorney fees. Joint Stip. ¶¶ 4, 6. The Clerk shall ENTER JUDGMENT for plaintiff.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge