# In the United States Court of Federal Claims

**No. 01-151 C**

**RYCO CONSTRUCTION, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed January 22, 2004, and the court's Order of January 26, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff shall recover of and from the United States, the amount of $110,000.00, with interest to be paid commencing on November 19, 1999 according to rates provided by the Contract Disputes Act, 41 U.S.C. §611(2000), with each party to bear its own costs, expenses and attorney fees.

Brian Bishop
Clerk of Court

**January 26, 2004** By: s/ Lisa L. DeFade

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and

listing of <u>all plaintiffs</u>. Filing fee is $255.00.