United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

February 13, 2004

Paul M. Mahoney, Esq.
Jones, Mahoney, Brayton & Soll LLP
150 West First Street, Suite 280
Claremont, CA 91711

In re: Ryco Construction, Inc. v. United States, [redacted]

Dear Mr. Mahoney:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated January 26, 2004, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: David Bennett Stinson, Esq.
Department of Justice